# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Darius Chaney,** | ) | JUDGEMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-434 / 3:03cr40 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America , | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Friday, January 25, 2013 Order.

January 25, 2013

Frank G. Johns, Clerk
United States District Court